**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

MARC E. OLIVER, d/b/a GULF COAST     :
ENVIRONMENTAL AND RECOVERY,
And T.M. JEMISON CONSTRUCTION     :
CO. INC. d/b/a JEMISON MARINE, INC.,
      Plaintiffs,                       :            CA 11-0223-KD-C

MIDSOUTH BANK, N.A.,                    IN ADMIRALTY
      Plaintiff/Counter-Defendant     :         *In Personam and In Rem*

vs.                                   :

M/V BARBARY COAST, her engines,
tackle, furniture, and appurtenances, etc.,   :
*In Rem*, and RODD CAIRNS, an
individual, and ATCHAFALYA MARINE,   :
LLC, *In personam*,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs,           :

vs.                                   :

EAGLE RIVER TOWING, L.L.C., p/k/a/or
a/k/a EAGLE INLAND TOWING,        :
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,        :
LOUISIANA LIMESTONE & LOGISTICS,
L.L.C., and CURTIS BUFORD,
      Third-Party Defendants.          :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Court finds as follows:

1)  That portion of the Report and Recommendation (Doc. 96) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 26, 2011, recommending that Defendant Rodd Cairns' motion to dismiss (Doc. 48) be **DENIED AS MOOT,** is hereby **ADOPTED** as the opinion of this Court.

1

2)   Concerning the Plaintiffs Mark Oliver and T.M. Jemison Construction Co.'s motion to strike/dismiss Midsouth's answer and counterclaim (Doc. 47), the Court notes that embedded in Midsouth's Objection (Doc. 103) to the Report and Recommendation (Doc. 96), is a motion for leave of Court to file its answer out of time.

Accordingly, it is **ORDERED** that any Response to Midsouth's motion for leave of Court to file its answer out of time (Doc. 103) shall be filed on or before **September 14, 2011.**

**DONE** and **ORDERED** this the **6**<sup>th</sup> day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

2