**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

MARC E. OLIVER, d/b/a GULF COAST          :
ENVIRONMENTAL AND RECOVERY,
And T.M. JEMISON CONSTRUCTION           :
CO. INC. d/b/a JEMISON MARINE, INC.,
     Plaintiffs,                                      :          CA 11-0223-KD-C

MIDSOUTH BANK, N.A.,                                          IN ADMIRALTY
     Plaintiff/Counter-Defendant          :          *In Personam and In Rem*

vs.                                                             :

M/V BARBARY COAST, her engines,
tackle, furniture, and appurtenances, etc.,   :
*In Rem*, and RODD CAIRNS, an
individual, and ATCHAFALAYA MARINE,    :
LLC, *In personam*,
     Defendants/Counter-Plaintiffs/
     Third-Party Plaintiffs,                    :

vs.                                                             :

EAGLE RIVER TOWING, L.L.C., p/k/a/or
a/k/a EAGLE INLAND TOWING,               :
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,             :
LOUISIANA LIMESTONE & LOGISTICS,
L.L.C., and CURTIS BUFORD,
     Third-Party Defendants.                  :

**ORDER**

This matter is before the Court on Midsouth's motion for leave of Court to file its

answer out of time (Doc. 103), as embedded in its Objection to the Report and

Recommendation (Doc. 96).

1

On September 6, 2011, the Court ordered any Response to Midsouth's motion to be filed by September 14, 2011.   To date, no Responses in opposition have been filed. Thus, Midsouth's motion (as contained within Doc. 103) is construed as unopposed and is accordingly **GRANTED.**

**DONE** and **ORDERED** this the **16**th day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

2