IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARC E. OLIVER, d/b/a GULF COAST ENVIRONMENTAL AND RECOVERY, And T.M. JEMISON CONSTRUCTION CO. INC. d/b/a JEMISON MARINE, INC., | : : : | |
| Plaintiffs, | : | CA 11-0223-KD-C |
| MIDSOUTH BANK, N.A., | | IN ADMIRALTY |
| Plaintiff/Counter-Defendant | : | *In Personam and In Rem* |
| vs. | : | |
| M/V BARBARY COAST, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, and RODD CAIRNS, an individual, and ATCHAFALAYA MARINE, LLC, *In personam*, | : : : | |
| Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | : | |
| vs. | : | |
| EAGLE RIVER TOWING, L.L.C., p/k/a/or a/k/a EAGLE INLAND TOWING, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LOUISIANA LIMESTONE & LOGISTICS, L.L.C., and CURTIS BUFORD, | : : | |
| Third-Party Defendants. | : | |

**ORDER**

This matter is before the Court on the parties Proposed Consent Judgment (Doc. 148), requesting that the Court enter judgment in favor of Plaintiff-Intervener John Gobert in the amount of $28,000.00 and that the Clerk of Court immediately distribute said sum to the trust fund of counsel for Gobert from the proceeds of the sale of the M/V

1

BARBARY COAST, for Gobert's Seaman's Wages.

Based on the foregoing, it is **ORDERED** that the parties' request is **GRANTED** and that judgment is entered in favor of Plaintiff-Intervener John Gobert, in the amount of **$28,000.00,** for his Seaman's Wages claim against the M/V BARBARY COAST.

A separate **Consent Judgment** shall issue in conjunction with this Order.

**DONE** and **ORDERED** this the **16th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**