# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARC E. OLIVER, d/b/a GULF COAST ENVIRONMENTAL AND RECOVERY, And T.M. JEMISON CONSTRUCTION CO. INC. d/b/a JEMISON MARINE, INC., | : : : | |
| Plaintiffs, | : | CA 11-0223-KD-C |
| MIDSOUTH BANK, N.A., | | IN ADMIRALTY |
| Plaintiff/Counter-Defendant | : | *In Personam and In Rem* |
| vs. | : | |
| M/V BARBARY COAST, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, and RODD CAIRNS, an individual, and ATCHAFALAYA MARINE, LLC, *In personam*, | : : | |
| Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | : | |
| vs. | : | |
| EAGLE RIVER TOWING, L.L.C., p/k/a/or a/k/a EAGLE INLAND TOWING, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LOUISIANA LIMESTONE & LOGISTICS, L.L.C., and CURTIS BUFORD, | : : | |
| Third-Party Defendants. | : | |

**CONSENT JUDGMENT**

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that a **CONSENT JUDGMENT** is entered in favor of Plaintiff-Intervener John Gobert, in the amount of **$28,000.00,** for his Seaman's Wages

1

claim against the M/V BARBARY COAST.  Accordingly, the Clerk of Court is **DIRECTED** to immediately **DISTRIBUTE** to the trust fund of counsel for Gobert, the sum of **$28,000.00** from the proceeds of the sale of the M/V BARBARY COAST for Gobert's Seaman's Wages.

**DONE** and **ORDERED** this the **16**th day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**